United States District Court
Southern District of Texas
**ENTERED**
April 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE KEY ENERGY SERVICES, INC. SECURITIES LITIGATION | § § § § | CIV. A. NO. 4:14-CV-2368 |

## FINAL JUDGMENT

Pursuant to its Opinion and Order of March 31, 2016 (instrument #58), dismissing the Amended Complaint/ Counterclaim/ Crossclaim for failure to state a claim under Federal Rules of Civil Procedure 9(b) and 12(b)(6), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(2), *et seq.*, and Lead Plaintiff Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters's Notice of Intent Not to file a Second Consolidated Amended Complaint (#59) in the above referenced consolidated putative class action, alleging violations of the federal securities laws, the Court

ORDERS that this case is DISMISSED.

**SIGNED** at Houston, Texas, this 26th day of April, 2016.

*[signature: Melinda Harmon]*

MELINDA HARMON
UNITED STATES DISTRICT JUDGE